Ralph A. Hatcher, Administrator of the Estate of Nina Mae Hatcher, Deceased, Plaintiff-Appellee, v. New York Central Railroad Company, Defendant-Appellant.

Gen. No. 10,197.

Third District.

April 5, 1960.

Released for publication April 21, 1960.

Marvin A. Jersild, John M. Elliott (John M. Elliott, of counsel) for defendant-appellant; Frank M. Wanless (Conrad Noll, Jr., of counsel, on Petition for Rehearing) for plaintiff-appellee. Opinion by JUDGE ROETH. Not to be published in full.